AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

People
*Plaintiff*
v.
William Alexander
*Defendant*

)
)
)
)
)

Case No. 21-cv-1006

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

William Alexander

Date: 03/27/2023

_____
*Attorney's signature*

Angie Louie 4690160
*Printed name and bar number*

199 Water St. 5th Floor
New York, NY 10038

*Address*

alouie@legal-aid.org
*E-mail address*

(212) 577-3566
*Telephone number*

*FAX number*